

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

BETH J. HOFFMAN
*SENIOR COUNSEL*
Phone: (212) 356-2372
Fax: (212) 356-3509
bhoffman@law.nyc.gov

October 25, 2017

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: Rahsun Pearson v. City of New York, et al.,
     16-CV-5798 (AMD)(LB)

Your Honor:

   I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter and respectfully request a brief adjournment of the settlement conference currently scheduled for Thursday, November 2, 2017 at 11:00 a.m.  The undersigned respectfully requests this adjournment due to a personal conflict on that date.   I have conferred with plaintiff's counsel and he takes no position on this request.  In addition, the parties have conferred and are available to reschedule this conference for November 15 and 16, if convenient for the Court.  Finally, if the Court is inclined to grant this brief adjournment, the undersigned also respectfully requests that the filing deadline for the pre-conference settlement position letters be extended until Friday, November 10, 2017.

    Thank you for your consideration of this matter.

                Respectfully submitted,

                /s/
                Beth J. Hoffman
                *Senior Counsel*

cc:  Gabe Harvis, Esq.
    *Attorney for Plaintiff*