UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

RASHUN PEARSON,

                                                    Plaintiff,

-against-

CITY OF NEW YORK; POLICE OFFICER SAUL MOLINA, SHIELD NO. 17087; POLICE OFFICER JOSEPH SFERRAZZA, SHIELD NO. 19468; SERGEANT DIOGENES LOVERAS, SHIELD NO. 03402; AND JOHN AND JANE DOE 1 THROUGH 10, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES 9THE NAMES JOHN AND JANE DOES BEING FICITIOUS, AS THE TRUE NAMES ARE PRESENTLY UNKNOWN),

                                                    Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-5798 (AMD) (LB)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       11/20, 2017

HARVIS & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880

By: _____
    Gabriel Harvis
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,
   Molina, Sferrazza, and Loveras*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Beth Hoffman
    *Senior Counsel*

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES District Judge

Dated: _____, 2017

2